IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAKOTA HOLT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:19-cv-00605-LMM |
| ROCK N TACO, INC. and ) | |
| GARDBUCK, LLC, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION TO APPROVE CONSENT DECREE
AND TO DISMISS WITH PREJUDICE**

Plaintiff, Dakota Holt ("Plaintiff") and Defendants Rock N Taco, Inc. ("RNT") and Gardbuck, LLC ("Gardbuck") (collectively, the "Parties") hereby file the foregoing Joint Stipulation seeking the Court's Approval of the Parties' Consent Decree and to Dismiss the instant matter with Prejudice. In support thereof, the Parties show the Court as follows:

1. Plaintiff filed the instant cause of action alleging that a certain Facility and Property owned and/or operated by Defendants (as defined in Plaintiff's Complaint) violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

2. The matters raised by Plaintiff's Complaint have been resolved in

1

accordance with the Consent Decree ("Agreement") attached hereto as Exhibit "A."

3. In accordance therewith, the Parties request that the Court review, approve and ratify the Agreement. Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Agreement. *See American Disability Ass'n, Inc. v. Chmielarz*, 289 F.3d 1315 (11th Cir. 2002). This Agreement is conditioned upon the Court's retaining jurisdiction to enforce said Agreement.

4. As part of the Agreement reached between the Parties, Plaintiff has agreed to dismiss this case with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Agreement, that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

5. Except as otherwise stated in the Agreement, each party shall bear their own fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter an Order approving the attached Agreement, dismissing the claims asserted by Plaintiff against Defendants with prejudice, and retaining jurisdiction to enforce the Agreement.

Dated: April 5, 2019.

Respectfully submitted,

/s/Craig J. Ehrlich

        Craig J. Ehrlich
        Georgia Bar No. 242240
        The Law Office of Craig J. Ehrlich, LLC
        1123 Zonolite Road, N.E., Suite 8-B
        Atlanta, Georgia 30306
        Tel: (404) 365-4460
        Fax: (855) 415-2480
        craig@ehrlichlawoffice.com

        <u>/s/John F. Wymer</u>
        John F. Wymer, III
        Georgia Bar No. 779418
        Thompson Hine LLP
        Two Alliance Center
        3560 Lenox Road, Suite 1600
        Atlanta, Georgia 30326-4266
        Tel: (404) 407-3669
        Fax: (404) 541-2905
        John.Wymer@ThompsonHine.com

        <u>/s/Victor W. Newmark</u>
        Victor W. Newmark
        Georgia Bar No. 541405
        Wiles and Wiles, LLP
        800 Kennesaw Avenue, Suite 400
        Marietta, Georgia 30060
        Tel: (770) 426-4619
        Fax: (770) 426-4846
        vnewmark@evict.net

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 5, 2019, I filed the within and foregoing Stipulation to Approve Consent Decree and Dismiss with Prejudice using the CM/ECF System for

the federal District Court for the Northern District of Georgia. A true and correct copy of the same will be delivered via electronic mail to the following:

Rock-n-Taco, Inc.
c/o John F. Wymer, Esq.
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266
John.Wymer@ThompsonHine.com

Gardbuck, LLC
c/o Victor W. Newmark, Esq.
Wiles and Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060
vnewmark@evict.net

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich